**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-6950**

—————————

SYLVIA L. STREET,

                                        Plaintiff - Appellant,

        versus

C. WALSH, Counselor; H. DIGGS, Security Major;
W. HOBBS, Warden,

                                        Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-98-1304-2)

—————————

Submitted:  December 21, 2000        Decided:  January 12, 2001

—————————

Before WIDENER, MOTZ, and KING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Sylvia L. Street, Appellant Pro Se.  Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sylvia L. Street appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Street v. Walsh, No. CA-98-1304-2 (E.D. Va. Nov. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2